# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

MSP REAL ESTATE, INC.
and DEER CREEK HOMES,

                **Plaintiffs,**

      v.                                   **Case No. 11-C-281**

CITY OF NEW BERLIN
and JACK F. CHIOVATERO,

                **Defendants,**

      **and**

UNITED STATES OF AMERICA,

                **Consolidated Plaintiff.**

---

UNITED STATES OF AMERICA,

                **Plaintiff,**

      v.                                   **Case No. 11-C-608**

CITY OF NEW BERLIN,

                **Defendant.**

---

# ORDER

---

On April 19, 2012, pursuant to the agreement of the parties, the Court entered a consent decree (ECF No. 70) in this consolidated action. The consent decree will remain in effect for four years after the date of its entry and during that time this Court will retain jurisdiction over the matter. (*Id.* at § X ¶ 32.) The United States of America may move for

an extension of the duration of the decree. (*Id*. at § X ¶ 33.)  Furthermore, after the duration ends, the action will be dismissed with prejudice.  (*Id*. at § X ¶ 32.)

Although the Court will retain jurisdiction over this matter until at least April 20, 2016, active management of the action is not required.  Therefore, this Court will instruct the Clerk of Court to close this action for statistical purposes.  This order does not constitute a dismissal of this action.  At any time, any or all parties may file a written request that this matter be reopened.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**:

The Clerk of Court is **DIRECTED** to close this action for statistical purposes.

This order does not constitute a dismissal of this action.  At any time, any party or all parties may file a written request that this matter be reopened.

Dated at Milwaukee, Wisconsin, this 23rd day of April, 2012.

**BY THE COURT**:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**